# Court of Appeals
# of the State of Georgia

ATLANTA,   April 05, 2013

*The Court of Appeals hereby passes the following order:*

## A13A1476.  JOHNNY LITMAN v. VALORIA TAYLOR.

Valoria Taylor sued Johnny Litman, and the magistrate court entered judgment in Taylor's favor.  Litman appealed to the superior court, which awarded $1,075.00 plus costs and interest to Taylor.  Litman, acting pro se, then filed this direct appeal. We lack jurisdiction for a number of reasons.

First, the discretionary appeal procedure is required where a money judgment in an action for damages totals $10,000.00 or less.  See OCGA § 5-6-35 (a) (6); *Hill v. Rose Electric Co.*, 220 Ga. App. 603, 604 (469 SE2d 844) (1996).  The discretionary appeal procedure also applies when a party seeks review of a superior court's order reviewing the judgment of a magistrate court.  See OCGA § 5-6-35 (a) (1); *English v. Delbridge*, 216 Ga. App. 366, 367 (454 SE2d 175) (1995).  In addition, a notice of appeal must be filed within 30 days after entry of the appealable order. OCGA § 5-6-38 (a).  The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court.  *Rocha v. State*, 287 Ga. App. 446 (1) (a) (651 SE2d 781) (2007).

Here, Litman failed to file his notice of appeal within 30 days of the order he seeks to appeal, and he failed to follow the required appellate procedure. Accordingly, his appeal is hereby DISMISSED for lack of jurisdiction.



Court of Appeals of the State of Georgia
    Clerk's Office, Atlanta, 04/05/2013
    *I certify that the above is a true extract from*
the minutes of the Court of Appeals of Georgia.
    *Witness my signature and the seal of said court*
hereto affixed the day and year last above written.



_____ , Clerk.